**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 3: 08-MJ-07-07 (CWH) |
| **GARY WOODY,** | VIOLATION: DRUG RELATED |
| Defendant | |

## ORDER OF DETENTION PENDING TRIAL

Defendant GARY WOODY this day appeared before the undersigned for a scheduled hearing on the motion of the United States seeking his pretrial detention in the above-captioned criminal proceeding. With assistance of counsel, Ms. Catherine Michele Leek of the Federal Defenders Office, defendant WOODY waived a Preliminary Hearing under Rule 5.1 of the Federal Rules of Criminal Procedure; counsel advised that he did not contest pretrial detention. Counsel for the United States, Assistant U. S. Attorney Tamara Jarrett proffered evidence in support of the government's motion seeking pretrial detention.

At said hearing, the undersigned also considered the PETITION FOR ACTION ON SUPERVISED RELEASE filed by U. S. Probation Officer John A. Fulford in Case No. 3:94-CR-14. For the reasons set forth in the ORDER detaining supervised releasee Woody in Case No. 3:94-CR-14 pending his Final Revocation Hearing, IT IS ORDERED AND DIRECTED that he be, and he is, hereby DETAINED in the above-captioned criminal proceeding.

SO ORDERED AND DIRECTED, this 22nd day of JULY, 2008.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE